McGREGOR W. SCOTT
United States Attorney
1  JEREMIE A. ARTHUR
   Special Assistant U.S. Attorney
2  PROSECUTION UNIT
   1 S. Rosamond Blvd.
3  Edwards, California 93523
   Telephone (661) 277-8120
4

5

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,    )   CASE NO. 5:05-CR-00006 TAG
                                )
10         Plaintiff,            )   MOTION AND ORDER FOR
                                )   DISMISSAL OF INFORMATION
11  v.                           )
                                )
12  SEAN H. MITCHELL,            )
          Defendant.            )
13  _____                  )
                                )
14                               )

15
    The United States Attorney's Office, pursuant to Rule 48(a) of the
16
    Federal Rules of Criminal Procedure, hereby moves to dismiss the
17
    Information against SEAN H. MITCHELL, without prejudice, in the
18
    interest of justice so that a criminal complaint can be filed.
19

20
                                    Respectfully submitted,
21
                                    McGREGOR W. SCOTT
22                                  United States Attorney

23
    DATED: August 9, 2005
24                           By    _____
                                    JEREMIE A. ARTHUR
25                                  Special Assistant U.S. Attorney

26

27

28

<u>ORDER</u>

1  IT IS HEREBY ORDERED that the case against SEAN H. MITCHELL, Case
2  No. 5:05-CR-00006 TAG, be dismissed, without prejudice, in the
3  interest of justice.
4
5  DATED: 8/9/2005        _____
                            THERESA A. GOLDNER
6                          United States Magistrate Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28